COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Gabriel Palacios v. The State of Texas

Appellate case number:     01-13-00944-CR & 01-13-00945-CR

Trial court case number:    1360054 & 1360055

Trial court:                338th Judicial District Court of Harris County

Counsel for appellant filed a brief in the above-referenced appeals that contains sensitive information as defined by Texas Rule of Appellate Procedure 9.10(a)(3). Specifically, the brief identifies by name a minor victim of sexual assault. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."). When briefs are filed in this Court, they are posted on our external website.

Accordingly, we sua sponte **STRIKE** the brief in both appeals. Counsel is **ORDERED** to refile, within **10 days** of the date of this order, a compliant amended brief in both appellate cause numbers containing appropriate redactions or use of aliases. *See* TEX. R. APP. P. 9.10(c) ("Sensitive data must be redacted by using the letter "X" in place of each omitted . . . character or by removing the sensitive data in a manner indicating that the data has been redacted.").

It is so **ORDERED**.

Judge's signature: /s/ Evelyn V. Keyes

                   ☑ Acting individually     ☐ Acting for the Court

Date: October 22, 2015